# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-05-00686-CR

**The State of Texas, Appellant**

**v.**

**Amy Elizabeth Schulze, Appellee**

**FROM THE COUNTY COURT AT LAW NO. 7 OF TRAVIS COUNTY
NO. 693,566, HONORABLE ELISABETH ASHLEA EARLE, JUDGE PRESIDING**

### M E M O R A N D U M   O P I N I O N

The State's motion to dismiss this appeal is granted. *See* Tex. R. App. P. 42.2(a).

The appeal is dismissed.

_____

Bea Ann Smith, Justice

Before Justices B. A. Smith, Patterson and Puryear

Dismissed on State's Motion

Filed:  November 4, 2005

Do Not Publish